No. 508. DOUGALL *v.* SPOKANE, PORTLAND & SEATTLE RAILWAY CO. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the

opinion certiorari should be granted. *Elton Watkins* for petitioner. *Charles A. Hart, Hugh L. Biggs* and *Cleveland C. Cory* for respondent.